IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LAWRENCE CHAPPELL,

    Petitioner,                   No. CIV S-10-0244 MCE DAD P

    vs.

GARY SWARTHOUT, Warden,

    Respondent.                 <u>ORDER</u>

                                 /

          Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the June 11, 2008 decision of the California Board of Parole Hearings ("Board") to deny him parole. On June 16, 2010, respondent filed an answer to the petition, and on July 1, 2010, petitioner filed a traverse. This matter is now submitted for decision, and in due course the court will issue findings and recommendations.

          On August 23, 2010, petitioner filed a new petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the governor's reversal of the Board's 2007 decision to grant him parole. The Clerk of the Court received the petition and inadvertently filed it as an amended petition in this case. Good cause appearing, the court will direct the Clerk of the Court to re-file petitioner's August 23, 2010 petition in a new action and randomly assign a United States Magistrate Judge to the case.

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2 re-file petitioner's August 23, 2010 petition for writ of habeas corpus (Doc. Nos. 16-18) in a new
3 action and randomly assign a United States Magistrate Judge to the case.
4 DATED: November 18, 2010.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:9
chap0244.error