IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LAWRENCE CHAPPELL,

    Petitioner,                       No. CIV S-10-0244 MCE DAD P

    vs.

GARY SWARTHOUT, Warden,

    Respondent.                    ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 3, 2011, the undersigned issued findings and recommendations which recommended that petitioner's application for habeas relief be denied. On June 13, 2011, petitioner filed a document entitled "motion to dismiss," in which he "requests that the above entitled case be dismissed as moot because Petitioner has been released on parole."

        In light of the circumstances set forth above, IT IS HEREBY ORDERED that respondents shall notify this court, within ten days, whether they have any objection to the dismissal of this action.

/////

/////

1

1  Should respondents fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ.

2  P. 41(a).  <u>See</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

3  DATED: July 22, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
chappell244.dis