IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LAWRENCE CHAPPELL,

    Petitioner,           No. CIV S-10-0244 MCE DAD P

    vs.

GARY SWARTHOUT, Warden,

    Respondent.         ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. (Doc. No. 23.) On July 22, 2011, respondent was granted ten days in which to file any objection. That time has now passed and respondent has not objected to this dismissal.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: August 2, 2011.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:8
chappell244.59